MN,ND-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## FOURTH DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Elizabeth Marie King

Chapter 7

Case No. 10-33661

Please Check One:

____   Unclaimed Dividends

__X__  Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Infosource, LP as agent for RJM Acquisitions, LLC assignee Fingerhut PO Box 248838 Oklahoma City, OK 73124-8838 | 11 | $119.76 | $4.63 |

Date: April 14, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

Rec # 3043